UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                        :

UNITED STATES OF AMERICA
                                        :        20 Mag. 7281

    -against-                            :        <u>ORDER</u>
                                      :

Patricia Riccardi
                                        :

       Defendant
                                        :
------------------------------------X

      Judith C. McCarthy, United States Magistrate Judge:

      It is hereby ORDERED that the defendant's bail be modified to include a curfew, with hour to be set by Pretrial Services, enforced by Radio Frequency Location Monitoring, in lieu of GPS Location Monitoring.

Dated: White Plains, New York
       September <u>11</u>, 2020

                                                     SO ORDERED:

                                                     Judith C. McCarthy
                                                United States Magistrate Judge